1006

[No. 16247-1-I.   Division One.   December 8, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. LAMBERTO
BELTAR PASCUAL, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 84-1-03115-4, Robert E. Dixon, J., entered
March 12, 1985. *Dismissed* by unpublished per curiam
opinion.

[No. 19178-1-I.   Division One.   December 8, 1986.]

HULET GATES III, ET AL, *Respondents*, v. KING COUNTY,
*Petitioner*.

Appeal from a judgment of the Superior Court for King
County, No. 84-2-18036-6, Gary M. Little, J., entered
August 14, 1986. *Remanded with instructions* by unpub-
lished per curiam opinion.

[No. 16299-3-I.   Division One.   December 8, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTHONY
QUENTON JACKSON, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 84-1-02464-6, Faith Enyeart, J., entered April
1, 1985. *Dismissed* by unpublished per curiam opinion.

[No. 16642-5-I.   Division One.   December 8, 1986.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL
EUGENE ULRICH, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 84-8-04036-1, Jack Richey, J. Pro Tem.,
entered May 15, 1985. *Dismissed* by unpublished per
curiam opinion.